UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
CORY REID,

                                               Plaintiff,      **SCHEDULING ORDER**

                  -against-                                     19 CV 324 (AMD) (ST)

WARDEN MATTHEWS, et al.,

                                               Defendants.
----------------------------------------------------------------------X

**STEVEN L. TISCIONE, UNITED STATES MAGISTRATE JUDGE.**

On August 23, 2019, Defendants requested an extension of time to answer to or otherwise respond to the Complaint; an Order to compel Plaintiff's executed medical and New York Criminal Procedure Law §§ 160.50 and 160.55 releases; and an adjournment of the Initial Conference scheduled for September 20, 2019.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff will execute and return the releases to Defendants by September 6, 2019;
2. Defendants will file a status report with the Court on the day the releases are received;
3. Defendants will answer or other respond to the Complaint by October 21, 2019; and
4. The Initial Conference is hereby adjourned and a new date will be set, pending the receipt of Defendants' status report.

**SO ORDERED**.

Dated: _____
       Brooklyn, New York

                                                              _____
                                                              **STEVEN L. TISCIONE**
                                                              **United States Magistrate Judge**